**Oliva Esther MORA DE ESCOBAR, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70755.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Oliva Esther Mora De Escobar, Inglewood, CA, pro se.

OIL, Gladys Marta Steffens Guzman, Esquire, Tracey McDonald, Ernesto Horacio Molina, Jr., Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Olivia Esther Mora De Escobar, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision de-

nying cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review Mora De Escobar's contention that she was not advised of her rights before admitting to the charge of alien smuggling because she failed to raise that issue before the BIA and thereby failed to exhaust her administrative remedies. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

